IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEALLTO KEY-DAVIS**                                                                                  PETITIONER

v.                                                                                          No. 3:21-cv-00180-NBB-RP

**Warden M. Frink**                                                                              RESPONDENT(S)
*"TCCF"*

## PROCESS ORDER

Having reviewed the complaint in this case, the court finds that process should issue for respondents Warden M. Frink, *"TCCF"* and United States of America.

It is **ORDERED:**

1) That the clerk of the court will issue process for the respondents, Warden M. Frink, *"TCCF"* and United States of America, along with a copy of this order and the order permitting the petitioner to proceed *in forma pauperis*. The United States Marshal Service will serve process upon these respondents under to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(i).

2) The respondents must acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within fourteen (14) days of this date.

3) The respondents' failure to keep the court informed of their current address or to comply with the requirements of this order may lead to dismissal of his lawsuit under Fed. R. Civ. P. 41(b), for failure to prosecute and failure to comply with an order of the court.

**SO ORDERED**, this, the 31st day of August, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE