IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEALLTO KEY-DAVIS**                                                                                **PETITIONER**

v.                                                                                                         **No. 3:21CV180-NBB-RP**

**WARDEN M. FRINK, ET AL.**                                                           **RESPONDENTS**

**ORDER DISMISSING PETITION AS MOOT**

This matter comes before the court on the petition of Deallto Key-Davis for a writ of *habeas corpus* under 28 U.S.C. § 2241. In his petition, Key-Davis seeks either early release or a reduction of sentence to permit home confinement. He was serving the sentence from the U.S. District Court for the District of Columbia at the Tallahatchie County Correctional Center in Tutwiler, Mississippi (a facility that sometimes houses Federal defendants.) In his petition, Key-Davis alleges that his medical conditions constitute extraordinary or compelling reasons under 18 U.S.C. § 3582(c)(1)(A) which permit the Court to reduce his sentence.

As noted in his motion and verified by the U.S. Bureau of Prisons' Find an Inmate service, Petitioner Key-Davis was released from Federal custody on October 28, 2021. He is currently on Supervised Release in the case. See, Document 91, July 12, 2022 *Motion to Travel*, 1:19CR364, Docket Report, U.S. District Court, District of Columbia. As he has received the relief he seeks in his petition (release from confinement), the petition is **DISMISSED** as moot.

**SO ORDERED**, this, the 7th day of February, 2023.

                                                                                 /s/ Neal Biggers
                                                                                 NEAL B. BIGGERS
                                                                                 SENIOR U. S. DISTRICT JUDGE